UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNALL GOLDEN GREGORY LLP,<br><br>    Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AD MEDICAID SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 25-0497 (RC) |

## ANSWER

Defendant, Novitas Solutions, Inc. ("Novitas"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint (ECF No. 1) in this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Novitas may refer to such materials for their accurate and complete contents in response; however, Novitas's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Novitas expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer. Novitas responds to the Complaint in like numbered paragraphs as follows:

# INTRODUCTION[1]

1. Novitas admits that Plaintiff purports to have brought an action against Novitas under FOIA. Novitas denies that Novitas is a proper defendant in any such action. The remaining allegations in this paragraph consist of Plaintiff's characterization of this action, to which no response is required.

2. This paragraph consists of Plaintiff's characterization of its FOIA requests, to which no response is required. Novitas avers that the FOIA requests are the best evidence of their contents and respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

## FACTUAL AND LEGAL BACKGROUND

*Medicare Part B and Local Coverage Determinations*

3. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the statutory provisions referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

4. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the statutory provisions referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

5. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to

---

[1] For ease of reference, the Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

the statutory provisions referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

6. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the statutory provisions referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

7. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the statutory provisions referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

### *The LCD Regarding Genetic Testing for Oncology*

8. Novitas admits that it is the Medicare Administrative Contractor ("MAC") for Jurisdiction L, which includes Delaware, the District of Columbia, Maryland, New Jersey, and Pennsylvania. Novitas's contractual responsibilities as a MAC include making Local Coverage Determinations ("LCDs"). Novitas denies all other allegations in this paragraph.

9. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the publication referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

10. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the publication and comments referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

11. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the publication referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

12. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the publication referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

13. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA.

14. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the Medicare Program Integrity Manual ("PIM") referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

15. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the web link referenced in this paragraph for a complete and accurate statement of its contents and denies any allegation inconsistent therewith.

16. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas lacks information or knowledge of the sufficient to form a belief about the truth of the allegation.

17. The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to

the publication referenced in this paragraph for a complete and accurate statement of its contents and denies any allegation inconsistent therewith.

18.   The allegations in this paragraph do not set forth claims of relief or aver facts in support of a claim under FOIA. To the extent a response is required, Novitas refers the Court to the publication referenced in this paragraph for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

*The Freedom of Information Act*

19.   These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

20.   These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

21.   These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

22.   These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

23. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

24. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

25. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

26. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

27. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

28. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the

Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

29. These paragraphs consist of Plaintiff's characterization of FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

***Plaintiff's FOIA Requests and Defendants' Failure to Respond***

30. Novitas admits that Plaintiff submitted to Novitas a letter dated November 25, 2024, seeking the production of documents under FOIA. The remainder of this paragraph consists of Plaintiff's characterization of its FOIA requests, to which no response is required. Novitas respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

31. This paragraph consists of Plaintiff's characterization of its FOIA requests, to which no response is required. Novitas respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

32. This paragraph consists of Plaintiff's conclusions of law, to which no response is required.

33. Novitas lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

34. This paragraph consists of Plaintiff's characterization of a response letter from Novitas. Novitas respectfully refers the Court to the response letter for a complete and accurate statement of its contents and denies any allegation inconsistent therewith.

35. Novitas lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

36. Novitas lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

37. Novitas lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of this paragraph. Novitas admits the allegations in the second sentence of this paragraph.

38. This paragraph consists of Plaintiff's characterization of an email response from Novitas. Novitas respectfully refers the Court to the email response for a complete and accurate statement of its contents and denies any allegation inconsistent therewith.

39. Novitas lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

40. The allegations in the first sentence of this Paragraph are grammatically incoherent (*e.g.*, "trying to identify supposedly qualify"). Novitas does not understand what facts this sentence alleges. To the extent a response is required, Novitas denies the allegations in the first sentence of this Paragraph. The remaining allegations of this Paragraph consist of Plaintiff's conclusions of law, to which no response is required.

41. Novitas lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

42. Novitas lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

43. Novitas lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

44. Novitas lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

45. Novitas lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

46. This paragraph consists of Plaintiff's conclusions of law to which no response is required.

47. This paragraph consists of Plaintiff's conclusions of law to which no response is required.

48. This paragraph consists of Plaintiff's conclusions of law to which no response is required.

49. This paragraph consists of Plaintiff's conclusions of law and characterization of this action, to which no response is required.

50. This paragraph consists of Plaintiff's request for relief, to which no response is required. To the extent a response is required, Novitas denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

**PARTIES**

51. Novitas lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

52. Novitas admits the allegations in the first, second, and third sentences of this paragraph. The remainder of this paragraph consists of Plaintiff's conclusions of law, to which no response is required.

53. Novitas is a Pennsylvania corporation with a principal address at 2020 Technology Parkway, Mechanicsburg, PA 17050. Novitas admits that it holds a contract with CMS under which Novitas serves as the MAC for Jurisdiction L, which includes the District of Columbia. The remainder of this paragraph consists of Plaintiff's conclusions of law, to which no response is required.

## JURISDICTION AND VENUE

54. Novitas denies that this Court has subject matter jurisdiction over any claims against Novitas, as Novitas is not an agency of the United States Government. The remainder of this paragraph consists of Plaintiff's conclusions of law, to which no response is required.

55. Novitas denies that this Court has authority to grant declaratory relief against Novitas, as Novitas is not an agency of the United States Government. The remainder of this paragraph consists of Plaintiff's conclusions of law, to which no response is required.

56. Novitas denies that this Court has authority to issue injunctive relief against Novitas, as Novitas is not an agency of the United States Government. The remainder of this paragraph consists of Plaintiff's conclusions of law, to which no response is required.

57. This paragraph consists of Plaintiff's conclusions of law, to which no response is required.

## CLAIMS FOR RELIEF
## CLAIM 1
### (Failure to Produce Records)

58. Novitas repeats and restates each response heretofore made with the same force and effect as if the same were set forth fully herein.

59. Novitas denies that Plaintiff has any rights against Novitas under FOIA, as Novitas is not an agency of the United States Government. The remainder of this paragraph consists of Plaintiff's conclusions of law to which no response is required.

60. Novitas denies that it violated FOIA, as Novitas is not an agency of the United States Government. The remainder of this paragraph consists of Plaintiff's conclusions of law to which no response is required.

61. Novitas denies the allegations in this paragraph.

## CLAIM II
### (Costs and Fees)

62. Novitas repeats and restates each response heretofore made with the same force and effect as if the same were set forth fully herein.

63. This paragraph consists of Plaintiff's characterization of the FOIA, to which no response is required. To the extent a response is deemed required, Novitas respectfully refers the Court to the cited statutory provisions for a complete and accurate statement of their contents and denies any allegation inconsistent therewith.

64. Novitas denies that Plaintiff has any rights against Novitas under FOIA, as Novitas is not an agency of the United States Government. The remainder of this paragraph consists of Plaintiff's conclusions of law to which no response is required.

65. This paragraph consists of Plaintiff's request for relief, to which no response is required. To the extent a response is required, Novitas denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## PRAYER FOR RELIEF

The allegations in paragraphs (1) through (4) constitute Plaintiff's request for relief to which no response is required. To the extent a response is required, Novitas denies that Plaintiff is entitled to the relief requested or to any relief whatsoever. Novitas denies each and every allegation not specifically and expressly admitted herein.

## DEFENSES

Novitas reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Novitas through the course of this litigation. Novitas does not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on Plaintiff as a matter of law.

**FIRST DEFENSE**

The Court lacks subject matter jurisdiction over any of Plaintiff's claims against Novitas.

**SECOND DEFENSE**

Plaintiff is not entitled to compel the production or release of information that is protected from disclosure by one or more statutory exemptions or exclusions.  5 U.S.C. § 552(b).

**THIRD DEFENSE**

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

**FOURTH DEFENSE**

Novitas is not improperly withholding any responsive records.

**FIFTH DEFENSE**

Plaintiff failed to reasonably describe the records sought.


Dated: March 24, 2025                     Respectfully submitted,


                                          By:   */s/ Theresa M. Babendreier*
                                                Theresa M. Babendreier (DC Bar No. 90005505)
                                                **MCDERMOTT WILL & EMERY LLP**
                                                500 North Capitol Street, N.W.
                                                Washington D.C., 20001-1531
                                                (202) 756-8509
                                                tbabendreier@mwe.com

                                                *Counsel for Defendant*